UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Trustees of the Laundry, Dry Cleaning Workers and
Allied Industries Health Fund, Workers United, et al.,

                        Plaintiffs,                                     **ORDER**

          -against-                                 17-cv-6927 (PMH) (AEK)

Allen Supply & Laundry Service, Inc.,

                        Defendant.
-----------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       In October 2020, this order of reference for an inquest after default was reassigned to the undersigned.

       On January 7, 2019, Plaintiffs notified the Court that Defendant had filed for bankruptcy. ECF No. 38. As a result, the Court denied Plaintiffs' motion for judgment, ECF No. 26, "without prejudice to renewal, if appropriate, following the bankruptcy proceedings." ECF No. 39. Plaintiffs subsequently provided the Court with periodic status reports concerning the bankruptcy proceedings, the last of which was filed on April 8, 2020. ECF No. 46. Since then, Plaintiffs have not provided the Court with any further updates.

       Accordingly, Plaintiffs are hereby ordered to provide the Court with another status report by no later than **August 24, 2021**.

Dated:  August 10, 2021
          White Plains, New York

                                                           **SO ORDERED.**

                                                    _____
                                                    Andrew E. Krause
                                                    United States Magistrate Judge